UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MALINDA QUIRIN,
            Plaintiff,

                                             No. 1:08-cv-011

-v-
                                             HONORABLE PAUL L. MALONEY

ABBOTT LABORATORIES,
            Defendant.


                              JUDGMENT

        Having granted Defendant Abbott Laboratories' motion for summary judgment, all pending

claims in this action are resolved.  Accordingly, **JUDGMENT** is **ENTERED** in favor of Defendant

Abbott Laboratories and against Plaintiff Quirin.

        **IT IS SO ORDERED.**

        **THIS ACTION IS TERMINATED.**


Date:___May 22, 2009___                      _/s/ Paul L. Maloney___
                                             Paul L. Maloney
                                             Chief United States District Judge